LM2504 6174

# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| OR52 | E1841679 | McCall | 818 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 08/07/2025 1203
Offense Charged: ☒ CFR ☐ USC ☐ State Code
43 CFR 8341.1 (c)

Place of Offense: BLM Land, Darlene Way

Offense Description: Factual Basis for Charge — Driving off designated routes

HAZMAT ☐

### DEFENDANT INFORMATION
Phone: (541) 778-195_

Last Name: Wilson
First Name: Kasey
M.I.: K

Street Address: [REDACTED]

Tag No: 568 LQH
State: O-
Year: 88
Make/Model: [illegible] Silver

APPEARANCE IS REQUIRED
☐ A If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL
☒ B If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 250 — Forfeiture Amount
+ $30 Processing Fee
$ 280 — Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

YOUR COURT DATE (If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date: 
Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Issued

Original - CVB Copy

*E1841679*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 8/7, 20 25 while exercising my duties as a law enforcement officer in the ___ District of Oregon

See attached

The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/07/2025  [Signature]
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident